IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE NORTHERN,

    Plaintiff,

v.

                              Case No. 16-cv-277-jdp

LYNN DOBBERT, TONI JOHNSON,
KOREEN FRISK, ANGELA STETTER,
CAROL WALTER, MATHEW
MARTINSON, LYNN WASHETAS, and
CANDACE WARNER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |