# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE NORTHERN,

        Plaintiff,

    v.

LYNN DOBBERT, et al.

        Defendants.

Case No.  16-cv-00277-jdp
Hon. James D. Peterson

NOTICE OF APPEAL

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Mr. Lawrence Northern, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Opinion and Order granting summary judgement (ECF No. 108) and the Court's Final Judgment (ECF No. 109) entered in this action on the Thirtieth day of September, 2019.

Dated:  October 30, 2019

Respectfully Submitted,

*/s/ Robert E. Earles*
Robert E. Earles
Mark J. Nomellini
James Kestler
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of the Western District of Wisconsin by using the CM/ECF System and that the service will be accomplish by the CM/ECF system:

*/s/ Robert E. Earles*
Robert E. Earles
Mark J. Nomellini
James Kestler
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorneys for Plaintiff*